# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0872
LT Case No. 2024-CA-0003

———————————————

SPENCER T. CALVERT,

    Appellant,

    v.

STEVEN A. ALECKSON and
JENNIFER RAE ALECKSON,

    Appellees.

———————————————

Nonfinal appeal from the Circuit Court for St. Johns County.
Kenneth J. Janesk, II, Judge.

Austin B. Calhoun and Natasha V. Fisher, of Jimerson Birr, P.A.,
Jacksonville, for Appellant.

D. Brad Hughes and Brittany J. Mills, of Cobb & Gonzalez, P.A.,
Jacksonville, for Appellees.

October 25, 2024

PER CURIAM.

We dismiss this appeal as moot because the nonfinal order on appeal is based on a complaint that was superseded by the filing of an amended complaint. *See Falcone v. Laquer*, 132 So. 3d 1171, 1171–72 n.1 (Fla. 3d DCA 2014) (holding that an appeal taken from an order denying a motion to compel arbitration became moot

when a new complaint was filed); *see also Fin. Impact Estimating Conf. v. Floridians Protecting Freedom, Inc.*, 390 So. 3d 758, 760 (Fla. 1st DCA 2024) (holding that the case was moot because "the order on review is based on a financial impact statement that is no longer operative"); *Wilner Hartley & Metcalf, P.A. v. Howard & Assocs.*, 65 So. 3d 620, 621 (Fla. 1st DCA 2011) (holding that a nonfinal order denying a motion to dismiss for improper venue became moot when the trial court allowed the filing of an amended complaint).

DISMISSED.

MAKAR, JAY, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2